■ ANGEL O. PIMENTAL, an Infant, by His Guardian ad Litem, PABLO PIMENTAL, et al., Respondents, v. ARTHUR DESOUZA, Appellant.— In an action to recover damages for personal injuries, medical expenses and loss of services, defendant appeals from a judgment of the Supreme Court, Kings County,

entered September 14, 1960 upon the decision of the court, after a nonjury trial, in favor of plaintiffs for $2,713.25. Judgment affirmed, with costs. No opinion. Beldock, P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.